AO 455(Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA



FILED

MAY 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| PEDRO RAMIREZ-MARTINEZ | CASE NUMBER: 08CR1753-DMS |

I, __PEDRO RAMIREZ-MARTINEZ__, the above named defendant, who is accused of committing the following offense:

> Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/29/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Pedro Ramirez Mtz_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer